ATTORNEYS AND COUNSELLORS AT LAW

# SAGOT, JENNINGS & SIGMOND

THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
INDEPENDENCE SQUARE
PHILADELPHIA, PA 19106-3683

THOMAS W. JENNINGS
RICHARD B. SIGMOND▲○
JACK B. KATZ
SANFORD G. ROSENTHAL
STUART I. PHILLIPS*†
SUSAN A. MURRAY*○
STEPHEN J. HOLROYD*
LINDA S. FOSSI*
PAUL J. STACOM▲
BETH N. FORMAN*
LANE FOSTER KELMAN*

NEIL SAGOT
KENT CPREK
ERIC G. MARTTILA
RICHARD C. McNEILL, JR.○
JONATHAN KRINICK
MAGDELINE D. COLEMAN
JENNIFER B. LIEBMAN*
DAVID G. PASCUCCI
ILANA BERMAN FELDMAN*
LAURA M. BROOKE*
CHRISTI CRESSMAN KRAUTZEL*

(215) 922-6700

FAX (215) 922-3524

MY PRIVATE NUMBER IS:

(215) 351-0611

NEW JERSEY OFFICE
ASHLAND OFFICE CENTER
1 ALPHA AVENUE-SUITE 33
VOORHEES, NJ 08043-1054
(856) 427-0465
FAX (856) 427-9285

COUNSEL TO THE FIRM:
GARY M. LICHTMAN
2705 N. FRONT STREET
HARRISBURG, PA 17110-1221
(717) 234-0111
FAX (717) 234-8964

* ALSO NJ BAR
○ ALSO DC BAR
▲ ALSO NY BAR
† MANAGING ATTORNEY NJ OFFICE

EDWARD DAVIS 1893-1987
M. H. GOLDSTEIN 1904-1971

September 14, 1999

Gerald J. Diviny
Steamfitters Local 420 Benefit Funds
7700 Lindbergh Blvd.
Philadelphia, PA 19153

RE:   United Mechanical Contractors

Dear Jerry:

In connection with the settlement of this Company's delinquency to the Funds and the default on the prior settlement agreement, I enclose the following:

(a)   Letter agreement dated September 7, 1999 together with a payment schedule setting forth the terms of the new settlement. Please note this settlement incorporates the unpaid balance from the prior settlement. By copy of this letter to GEMGroup, I am advising them of this fact and request that they make appropriate adjustments to the delinquency report and payment schedule report.

(b)   Check #16276 in the amount of $1,400 representing payment of the installment due on August 4, 1999.

(c)   Remittance report for April 1999 (Code "00") together with a check in the amount of $2,647.17 (check #16277).

(d)   Remittance report for May 1999 (Code "09") together with a check in the amount of $2274.68 (check #16278).

(e)   Remittance report for June 1999 (Code "09") together with a check in the amount of $2,135.98 (check #16279).

36154.1

EXHIBIT
1

Gerald J. Diviny
September 14, 1999
Page 2

After processing these reports and payments, any remaining "No Report Received" items noted on the delinquency report for March 1999 through and including June 1999 should be deleted. According to Mr. Marino these are the only contributions owed by United Mechanical for this period.

The total amount of the revised settlement is $42,774.98. This includes the following:

| | | |
|---|---|---|
| (a) | unpaid balance on prior payment schedule | $15,718.13 |
| (b) | unpaid contributions for January 1998, June 1998, July 1998, September 1998 and November 1998 | $20,223.78 |
| (c) | interest on unpaid contributions | $2,025.57 |
| (d) | attorney's fees and cost | $2,000.00 |
| (e) | liquidated damages | $2,807.50 |

The settlement on liquidated damages resolves all liquidated damages assessed or assessable to the period July 1997 through and including July 1999. The total liquidated damages assessed or assessable to unpaid contributions in that period total approximately $9,640.57. The settlement reflects payment of approximately 29% of those liquidated damages.

I have separately notified United Mechanical's counsel about the missing payments for August 10, 1999 and reminded him to remind his client that additional payments became due on December 10, 1999. I believe the August 10, 1999 payments were delayed because of the delay in completing the terms of the settlement. I anticipate that these payments will be received shortly.

As always, please feel free to call me with any questions about this matter or the terms of the settlement.

Sincerely,

SANFORD G. ROSENTHAL

SGR/tkl
stf420.17757.c.quality/united
Enclosures
cc:   James R. Bell
      Barbara Brown

36154.1

LAW OFFICES
## MURLAND, GOLDSTEIN & NATHAN, P.C.
ONE JENKINTOWN STATION
115 WEST AVENUE
SUITE 206
JENKINTOWN, PENNSYLVANIA 19046

ALEX J. MURLAND
ROBERT S. GOLDSTEIN*
ROBERT C. NATHAN
DANIEL J. RUCKET

MURRAY D. LEVIN
of Counsel

*ALSO MEMBER OF NJ BAR

TELEPHONE (215) 885-9200
FAX (215) 885-6131
E-MAIL:MRLGLD@AOL.COM

September 7, 1999

Sanford G. Rosenthal
Sagot, Jennings & Sigmond
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA 19106-3683

RE: **United Mechanical Contractors advs. Steamfitters Local Union No. 420 Welfare Fund, et. al.**
**Civil Action No. 99-1928**

Dear Sandy:

This letter will memorialize the terms of our discussions concerning settlement of the above-captioned matter. This letter amends my prior letter of August 23, 1999.

1. United Mechanical Contractors ("UMC") will submit remittance reports for March 1999 through May 1999 for its service journeymen and April, 1999, through May, 1999, for its steamfitter journeymen, within five (5) days of the execution of this agreement. To that end, find attached here to reports for April, May and June, 1999. All other reports have either been submitted or should be marked "no hours".

2. UMC will make payment of contributions, for April 1999 through June 1999 to the extent UMC had any service journeymen or steamfitter journeymen during this period, as identified on the remittance reports described above. To that end, enclosed find the following payments:

   a. 4/99 #16277 -- $2,647.17;
   b. 5/99 #16278 -- $2,247.68; and
   c. 6/99 #16279 -- $2,135.98.

MURLAND, GOLDSTEIN & .THAN, P.C.
LAW OFFICES

Sanford G. Rosenthal
September 7, 1999
Page 2

3. Beginning August 1999, UMC will submit the current monthly contribution due and, with each current monthly contribution payment, will submit the oldest outstanding contribution owed;

4. Attached hereto find check # 16276, representing payment of the June 1999 and July 1999 Installments on the Note;

5. Beginning in August 1999, UMC will submit regular installment due on the Note, plus an additional Seven Hundred ($700.00) Dollars per month to be applied to arrearages on the Note;

6. Once UMC becomes current on all loan payments it will make payment of Seven Hundred ($700.00) Dollars per month, representing 50% of liquidated damages, interest and UMC will pay attorneys fees allegedly owed by UMC. Plaintiffs agree to waive all other liquidated damages, interest, and costs, provided UMC stays current with its monthly contributions and makes the payments hereunder as and when due.

7. The attached payment schedule summarizes UMC's obligations.

8. UMC agrees to keep current on payments of all contributions and installments on the Note;

9. Plaintiffs will withdraw the lawsuit docketed in the United States District Court for the Eastern District of Pennsylvania, No. 99-1928, without prejudice, upon the execution of this Agreement; UMC agrees that all Statutes of Limitation for claims expressly raised in No. 99-1928 are hereby tolled.

10. Nothing contained in this Agreement is or shall in any event be construed as or deemed to be an admission or concession of the merit or validity of any claims asserted against UMC by Plaintiffs.

Please contact me immediately if anything stated above is inconsistent with your understanding of the agreement. If acceptable, please execute and return the original to me.

MURLAND, GOLDSTEIN & ATHAN, P.C.
LAW OFFICES

Sanford G. Rosenthal
September 7, 1999
Page 3

Thank you for your cooperation.

Very truly yours,

*[signature]*

ROBERT S. GOLDSTEIN

RSG:dsp
ENCLOSURES

Agreed Upon:

*[signature]*

Sanford G. Rosenthal, Esquire
Attorney for Plaintiffs

AUG. 3.1999 10:44AM    LAW FIRM OF SJS                                    NO.002    P.2

08/04/1999 Page 1

## United Mechanical Payment Schedule

Compound Period .......: Monthly

Nominal Annual Rate ...: 0.000 %
Effective Annual Rate ..: 0.000 %
Periodic Rate ............: 0.0000 %
Daily Rate ................: 0.00000 %

7

### CASH FLOW DATA

| Event | Start Date | Amount | Number | Period | End Date |
|---|---|---|---|---|---|
| 1 Loan | 07/09/1999 | 42,774.98 | 1 | | |
| 2 Payment | 08/04/1999 | 1,400.00 | 1 | | |
| 3 Payment | 08/10/1999 | 4,446.12 | 1 | | |
| 4 Payment | 08/10/1999 | 1,400.00 | 2 | Monthly | 09/10/1999 |
| 5 Payment | 09/10/1999 | 4,069.53 | 1 | | |
| 6 Payment | 10/10/1999 | 4,201.23 | 1 | | |
| 7 Payment | 10/10/1999 | 1,400.00 | 2 | Monthly | 11/10/1999 |
| 8 Payment | 11/10/1999 | 3,977.34 | 1 | | |
| 9 Payment | 12/10/1999 | 3,529.56 | 1 | | |
| 10 Payment | 12/10/1999 | 1,400.00 | 8 | Monthly | 07/10/2000 |
| 11 Payment | 08/10/2000 | 700.00 | 6 | Monthly | 01/10/2001 |
| 12 Payment | 02/10/2001 | 151.20 | 1 | | |

### AMORTIZATION SCHEDULE - Normal Amortization

| Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|
| Loan 07/09/1999 | | | | 42,774.98 |
| 1 08/04/1999 | 1,400.00 | 0.00 | 1,400.00 | 41,374.98 |
| 2 08/10/1999 | 4,446.12 | 0.00 | 4,446.12 | 36,928.86 |
| 3 08/10/1999 | 1,400.00 | 0.00 | 1,400.00 | 35,528.86 |
| 4 09/10/1999 | 1,400.00 | 0.00 | 1,400.00 | 34,128.86 |
| 5 09/10/1999 | 4,069.53 | 0.00 | 4,069.53 | 30,059.33 |
| 6 10/10/1999 | 4,201.23 | 0.00 | 4,201.23 | 25,858.10 |
| 7 10/10/1999 | 1,400.00 | 0.00 | 1,400.00 | 24,458.10 |
| 8 11/10/1999 | 1,400.00 | 0.00 | 1,400.00 | 23,058.10 |
| 9 11/10/1999 | 3,977.34 | 0.00 | 3,877.34 | 19,080.76 |
| 10 12/10/1999 | 3,529.56 | 0.00 | 3,529.56 | 15,551.20 |
| 11 12/10/1999 | 1,400.00 | 0.00 | 1,400.00 | 14,151.20 |
| 1999 Totals | 28,623.78 | 0.00 | 28,623.78 | |
| 12 01/10/2000 | 1,400.00 | 0.00 | 1,400.00 | 12,751.20 |
| 13 02/10/2000 | 1,400.00 | 0.00 | 1,400.00 | 11,351.20 |
| 14 03/10/2000 | 1,400.00 | 0.00 | 1,400.00 | 9,851.20 |
| 15 04/10/2000 | 1,400.00 | 0.00 | 1,400.00 | 8,551.20 |
| 16 05/10/2000 | 1,400.00 | 0.00 | 1,400.00 | 7,151.20 |
| 17 06/10/2000 | 1,400.00 | 0.00 | 1,400.00 | 5,751.20 |
| 18 07/10/2000 | 1,400.00 | 0.00 | 1,400.00 | 4,351.20 |
| 19 08/10/2000 | 700.00 | 0.00 | 700.00 | 3,651.20 |

08/04/1999  Page 2

## United Mechanical Payment Schedule

| Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|
| 20 09/10/2000 | 700.00 | 0.00 | 700.00 | 2,951.20 |
| 21 10/10/2000 | 700.00 | 0.00 | 700.00 | 2,251.20 |
| 22 11/10/2000 | 700.00 | 0:00 | 700.00 | 1,551.20 |
| 23 12/10/2000 | 700.00 | 0.00 | 700.00 | 851.20 |
| 2000 Totals | 13,300.00 | 0.00 | 13,300.00 | |
| 24 01/10/2001 | 700.00 | 0.00 | 700.00 | 151.20 |
| 25 02/10/2001 | 151.20 | 0.00 | 151.20 | 0.00 |
| 2001 Totals | 851.20 | 0.00 | 851.20 | |
| Grand Totals | 42,774.98 | 0.00 | 42,774.98 | |

STEAMFITTERS LOCAL UNIN NO. 420 WELFARE FUND, et al. v.
UNITED MECHANICAL CONTRACTORS, INC.
CIVIL ACTION NO. 02-2777

JENNINGS SIGMOND, P.C. ATTORNEYS' FEES - SEPTEMBER 2002

| Date | Attorney | Task | Time |
|---|---|---|---|
| 9/4/02 | SGR | Review and Revision of Motion for Default Judgment | 2.0 |
| 9/4/02 | CTM | Update Post-Settlement and Settlement Agreement Contribution Interest Calculations | .2 |
| | | TOTAL | 2.2 |

September Summary

| | | | |
|---|---|---|---|
| SGR | 2.0 Hrs @$210/Hr. | = | $420.00 |
| CTM | .2 Hrs @$85/Hr. | = | 17.00 |
| | Total | | $437.00 |
| (10/18/99 to 8/31/02) | | = | $2,368.67 |
| | **GRAND TOTAL** | | **$2,805.67** |

104108-1


EXHIBIT 2

REPRINT OF BILLED DETAILS (as billed)

```
                    Bill number STF420-17757-054 RBS
                        Bill date   11/08/99
```

Steamfitters Local Union No. 420 Funds
Gerald J. Diviny
7700 Lindbergh Blvd.
Philadelphia, PA 19153


Quality Mechanical Systems, Inc.

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/18/99 | SGR | Letter to Attorney R. Goldstein regarding Settlement Default | .20 hrs | 185 /hr | 37.00 |
| 10/18/99 | SGR | Phone Conference with B. Brown | .10 hrs | 185 /hr | 18.50 |

```
            TOTAL FEES                              $      55.50
```

DISBURSEMENTS

10/31/99 COPY Photocopies                                   2.03
```
            TOTAL DISBURSEMENTS                     $       2.03
```

BILLING SUMMARY

```
            TOTAL FEES                              $      55.50
            TOTAL DISBURSEMENTS                     $       2.03
            TOTAL CHARGES FOR THIS BILL             $      57.53
```

REPRINT OF BILLED DETAILS (as billed)

```
                    Bill number  STF420-17757-055 RBS
                         Bill date    12/08/99
```

Steamfitters Local Union No. 420 Funds
Gerald J. Diviny
7700 Lindbergh Blvd.
Philadelphia, PA 19153


Quality Mechanical Systems, Inc.

FOR PROFESSIONAL SERVICES RENDERED

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/03/99 | SGR | Phone Conference with Attorney R. Goldstein | .20 hrs | 185 /hr | 37.00 |
| 11/17/99 | SGR | Letter to G. Diviny regarding Payments<br>Letter to Attorney R. Goldstein regarding Payment Default | .40 hrs | 185 /hr | 74.00 |
| | | TOTAL FEES | | $ | 111.00 |

DISBURSEMENTS

```
           TOTAL DISBURSEMENTS                  $         .00
```

BILLING SUMMARY

```
           TOTAL FEES                           $      111.00
           TOTAL CHARGES FOR THIS BILL          $      111.00
```

REPRINT OF BILLED DETAILS (as billed)

      Bill number STF420-17757-056 RBS
       Bill date 01/10/00

Steamfitters Local Union No. 420 Funds
Gerald J. Diviny
7700 Lindbergh Blvd.
Philadelphia, PA 19153

Quality Mechanical Systems, Inc.

FOR PROFESSIONAL SERVICES RENDERED

12/21/99 SGR Review of Correspondence from M. Marino
     Letter to G. Diviny
     Letter to Attorney R. Goldstein regarding
     Settlement Default
           .40 hrs 185 /hr  74.00

12/27/99 SGR Review and Revision of Letter to Attorney R.
     Goldstein regarding Settlement Default
     Review of File regarding Status of Payments
           .30 hrs 185 /hr  55.50

    TOTAL FEES        $  129.50

DISBURSEMENTS

12/31/99 COPY Photocopies            2.38

    TOTAL DISBURSEMENTS    $   2.38

BILLING SUMMARY

    TOTAL FEES        $  129.50

    TOTAL DISBURSEMENTS    $   2.38

    TOTAL CHARGES FOR THIS BILL $  131.88

REPRINT OF BILLED DETAILS (as billed)

                    Bill number STF420-17757-057 RBS
                    Bill date    02/10/00

Steamfitters Local Union No. 420 Funds
Gerald J. Diviny
7700 Lindbergh Blvd.
Philadelphia, PA 19153


Quality Mechanical Systems, Inc.

FOR PROFESSIONAL SERVICES RENDERED

01/17/00  SGR   Review of Correspondence from M. Marino
                Letter to G. Diviny
                                    .10 hrs   195  /hr         19.50
01/24/00  SGR   Review of Correspondence from M. Marino
                Letter to G. Diviny regarding Settlement Payments
                                    .20 hrs   195  /hr         39.00
01/29/00  SGR   Letter to S. Ernsberger regarding Judgment
                Details
                                    .20 hrs   195  /hr         39.00
                                                          -----------
                TOTAL FEES                           $         97.50

DISBURSEMENTS

01/31/00  COPY Photocopies                                       .35
                                                          -----------
                TOTAL DISBURSEMENTS                  $            .35

BILLING SUMMARY

                TOTAL FEES                           $         97.50

                TOTAL DISBURSEMENTS                  $            .35
                                                          -----------
                TOTAL CHARGES FOR THIS BILL          $         97.85

REPRINT OF BILLED DETAILS (as billed)

```
                  Bill number STF420-17757-074 RBS
                       Bill date    06/11/01
```

Steamfitters Local Union No. 420 Funds
Gerald J. Diviny
7700 Lindbergh Blvd.
Philadelphia, PA 19153


Quality Mechanical Systems, Inc.

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/14/01 | SGR | Phone Conference with G. Diviny | .10 hrs | 195 /hr | 19.50 |

```
            TOTAL FEES                                 $         19.50
```

DISBURSEMENTS

```
            TOTAL DISBURSEMENTS                        $           .00
```

BILLING SUMMARY

```
            TOTAL FEES                                 $         19.50

            TOTAL CHARGES FOR THIS BILL                $         19.50
```

```
REPRINT OF BILLED DETAILS (as billed)

                    Bill number  STF420-17757-085 RBS
                         Bill date    03/11/02

Steamfitters Local Union No. 420 Funds
Gerald J. Diviny
7700 Lindbergh Blvd.
Philadelphia, PA 19153


Quality Mechanical Systems, Inc.

FOR PROFESSIONAL SERVICES RENDERED

02/01/02 SGR   Review of Documents regarding Record of
               Settlement Payments and Default
               Letter to Attorney A. Murland and M. Marino
                                   1.50 hrs   210  /hr      315.00
                                                         -----------
               TOTAL FEES                          $         315.00

DISBURSEMENTS

02/28/02 FAX   Fax Charges                                     4.00
                                                         -----------
               TOTAL DISBURSEMENTS                 $           4.00

BILLING SUMMARY

               TOTAL FEES                          $         315.00

               TOTAL DISBURSEMENTS                 $           4.00
                                                         -----------
               TOTAL CHARGES FOR THIS BILL         $         319.00
```

REPRINT OF BILLED DETAILS (as billed)

```
                    Bill number  STF420-17757-086 RBS
                         Bill date    04/08/02
```

Steamfitters Local Union No. 420 Funds
Gerald J. Diviny
7700 Lindbergh Blvd.
Philadelphia, PA 19153


Quality Mechanical Systems, Inc.

FOR PROFESSIONAL SERVICES RENDERED

```
03/12/02 SGR  Review of Correspondence from Attorney A. Murland
              Phone Conference with G. Diviny
              Letter to Attorney A. Murland
                                              .30 hrs  210  /hr       63.00
                                                                  -----------
              TOTAL FEES                                      $       63.00
```

DISBURSEMENTS

```
                                                                  -----------
              TOTAL DISBURSEMENTS                             $          .00
```

BILLING SUMMARY

```
              TOTAL FEES                                      $       63.00
                                                                  -----------
              TOTAL CHARGES FOR THIS BILL                     $       63.00
```

REPRINT OF BILLED DETAILS (as billed)

```
                    Bill number STF420-17757-087 RBS
                        Bill date    05/08/02
```

Steamfitters Local Union No. 420 Funds
Gerald J. Diviny
7700 Lindbergh Blvd.
Philadelphia, PA 19153

Quality Mechanical Systems, Inc.

FOR PROFESSIONAL SERVICES RENDERED

```
04/01/02  SGR   Phone Conference with G. Diviny
                                                   .10 hrs   210 /hr      21.00
04/12/02  SGR   Phone Conference with G. Diviny
                                                   .10 hrs   210 /hr      21.00
04/15/02  SGR   Memo to File
                                                   .10 hrs   210 /hr      21.00
04/15/02  SGR   Preparation of Complaint
                                                  1.00 hrs   210 /hr     210.00
04/26/02  SGR   Preparation of Complaint
                                                   .60 hrs   210 /hr     126.00
04/30/02  SGR   Preparation of Complaint
                Review of Documents
                                                   .70 hrs   210 /hr     147.00
                                                                      ----------
           TOTAL FEES                                           $        546.00

DISBURSEMENTS

                                                                      ----------
           TOTAL DISBURSEMENTS                                  $            .00

BILLING SUMMARY

           TOTAL FEES                                           $        546.00
                                                                      ----------
           TOTAL CHARGES FOR THIS BILL                          $        546.00
```

REPRINT OF BILLED DETAILS (as billed)

```
                     Bill number STF420-17757-088 RBS
                        Bill date    06/10/02
```

Steamfitters Local Union No. 420 Funds
Gerald J. Diviny
7700 Lindbergh Blvd.
Philadelphia, PA 19153

Quality Mechanical Systems, Inc.

FOR PROFESSIONAL SERVICES RENDERED

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/08/02 | SGR | Review and Revision of Complaint | .20 hrs | 210 /hr | 42.00 |
| | | TOTAL FEES | | $ | 42.00 |

DISBURSEMENTS

| Date | Code | Description | Amount |
|---|---|---|---|
| 05/31/02 | SP | Service of Process | 63.00 |
| 05/31/02 | COPY | Photocopies | 12.11 |
| 05/31/02 | PO | Postage Charges | 10.18 |
| | | TOTAL DISBURSEMENTS      $ | 85.29 |

BILLING SUMMARY

| | | |
|---|---|---|
| TOTAL FEES | $ | 42.00 |
| TOTAL DISBURSEMENTS | $ | 85.29 |
| TOTAL CHARGES FOR THIS BILL | $ | 127.29 |

REPRINT OF BILLED DETAILS (as billed)

```
                    Bill number  STF420-17757-089 RBS
                         Bill date    07/10/02
```

Steamfitters Local Union No. 420 Funds
Gerald J. Diviny
7700 Lindbergh Blvd.
Philadelphia, PA 19153


Quality Mechanical Systems, Inc.

FOR PROFESSIONAL SERVICES RENDERED

| Date | Init | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 06/26/02 | SGR | Memo to File regarding Default | .10 hrs | 210 /hr | 21.00 |
| | | TOTAL FEES | | $ | 21.00 |

DISBURSEMENTS

| Date | Code | Description | Amount |
|---|---|---|---|
| 06/01/02 | FF | Filing Fee - US District Court | 150.00 |
| 06/30/02 | CRDB | Computer Research - Dun & Bradstreet | 43.12 |
| | | TOTAL DISBURSEMENTS  $ | 193.12 |

BILLING SUMMARY

| | | |
|---|---|---|
| TOTAL FEES | $ | 21.00 |
| TOTAL DISBURSEMENTS | $ | 193.12 |
| TOTAL CHARGES FOR THIS BILL | $ | 214.12 |

REPRINT OF BILLED DETAILS (as billed)

```
                    Bill number  STF420-17757-090 RBS
                       Bill date    08/09/02
```

Steamfitters Local Union No. 420 Funds
Gerald J. Diviny
7700 Lindbergh Blvd.
Philadelphia, PA 19153


Quality Mechanical Systems, Inc.

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/17/02 | CTM | Preparation of Request for Default; Preparation of Letter to Court regarding Filing Same | .80 hrs | 85 /hr | 68.00 |
| 07/18/02 | CTM | Conference with S. Rosenthal regarding Default Motion | .40 hrs | 85 /hr | 34.00 |
| 07/18/02 | SGR | Preparation of Default Motion | .70 hrs | 210 /hr | 147.00 |
| 07/19/02 | SGR | Memo to File regarding Case Status | .20 hrs | 210 /hr | 42.00 |
| 07/23/02 | SGR | Memo to File | .20 hrs | 210 /hr | 42.00 |
| 07/29/02 | CTM | Review of Documents from Court | .10 hrs | 85 /hr | 8.50 |
| 07/31/02 | CTM | Preparation of Motion for Default Judgment | 2.30 hrs | 85 /hr | 195.50 |

```
            TOTAL FEES                              $        537.00
```

DISBURSEMENTS

```
            TOTAL DISBURSEMENTS                     $           .00
```

BILLING SUMMARY

```
            TOTAL FEES                              $        537.00
            TOTAL CHARGES FOR THIS BILL             $        537.00
```

Sagot, Jennings & Sigmond

```
REPORT DATE    09/05/02                    WORK IN PROCESS REPORT                                    PAGE   1
REPORT NUMBER  JP038-048908
SORTED BY CLIENT/MATTER                                                                    PRINTED BY MHT2
BILL THROUGH RANGE 00/00/00-09/05/02


CLIENT  STF420   MATTER  17757    Steamfitters Local 420 Funds         Quality Mechanical Sys., Inc.
                                  Gerald J. Diviny
                                  7700 Lindbergh Blvd.
                                  Philadelphia, PA 19153

BILL TMKP :   RBS    Richard B. Sigmond
ORIG TMKP :   RBS    Richard B. Sigmond

   DATE      TIMEKEEPER    HOURS     AMOUNT   DESCRIPTION

 08/05/02      CTM          .20       17.00   Phone Conference with Fund regarding Contribution
                                              Update
 08/05/02      CTM         1.50      127.50   Review of Correspondence from Fund
                                              Calculate Interest, Attorneys' Fees and
                                              Liquidated Damages from Settlement Agreement
                                              Calculate Interest, Attorneys' Fees and
                                              Liquidated Damages from Post Settlement
                                              Contributions
                                              Calculate Total Amount Due
                                              Preparation of Motion for Entry of Default
                                              Judgment


           TIMEKEEPER TOTALS

 CTM         1.70       85 /hr        144.50

 TOTAL       1.70        $            144.50

 BILL TOTAL           $       144.50

           LAST ACTIVE    09/04/02                  LAST PAYMENT    08/30/02
```