**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| STEAMFITTERS LOCAL UNION NO. 420 : | : | CIVIL ACTION |
| WELFARE FUND, et al. | : | |
| | : | |
| Plaintiffs | : | |
| v. | : | |
| | : | |
| UNITED MECHANICAL CONTRACTORS, INC. | : | |
| Defendant | : | NO. 02-2777 |

**PRAECIPE TO VACATE DEFAULT AND TO
WITHDRAW MOTION FOR ENTRY OF DEFAULT JUDGMENT**

TO:        Michael E. Kunz, Clerk
           United States District Court
           2609 U.S. Courthouse
           601 Market Street
           Philadelphia, PA 19106

        Kindly vacate the Default entered pursuant to F.R.C.P. 55(a) against the Defendant on July 22,

2002 and withdraw the Motion For Entry of Default Judgment which was filed on September 6, 2002.


                        BY: s/SANFORD G. ROSENTHAL
                            SANFORD G. ROSENTHAL (ID.NO. 38991)
                            The Penn Mutual Towers, 16th Floor
                            510 Walnut Street, Independence Square
                            Philadelphia, PA 19106-3683
                            (215) 351-0611
                            Attorney for Plaintiffs
Date: September 16, 2002


**APPROVED AND SO ORDERED
By the Court:**


_____        _____
THOMAS N. O'NEILL, Jr.          J.          DATE

104480-1

## CERTIFICATE OF SERVICE

I, Sanford G. Rosenthal, Esquire state under penalty of perjury that I caused a copy of the

foregoing Request to Clerk to Enter Default Pursuant to Fed. R. Civ. Pro. 55(a) to be served via first

class mail, postage prepaid on the date and to the address below.

Mechanical Contractors, Inc.
2250 Hickory Rd., Ste. 100
Plymouth Meeting, PA 19462

Alex J. Murland, Esquire
One Jenkintown Station
115 West Avenue, Ste. 206
Jenkintown, PA 19046

s/ Sanford G. Rosenthal
SANFORD G. ROSENTHAL, ESQUIRE

September 16, 2002
DATE

THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED AND IS AVAILABLE FOR
VIEWING AND DOWNLOADING FROM THE ECF SYSTEM

104480-1