**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| STEAMFITTERS LOCAL UNION NO. 420 : | : | CIVIL ACTION |
| WELFARE FUND, et al. | : | |
| | : | |
| Plaintiffs | : | |
| v. | : | |
| | : | |
| UNITED MECHANICAL CONTRACTORS, INC. | : | |
| Defendant | : | NO. 02-2777 |

**PRAECIPE TO CLERK TO ISSUE AN ALIAS SUMMONS**

TO:       Michael E. Kunz, Clerk
          United States District Court
          2609 U.S. Courthouse
          601 Market Street
          Philadelphia, PA 19106

          Kindly issue an Alias Summons in order to effect new service upon the Defendant.


                                      BY: s/SANFORD G. ROSENTHAL
                                          SANFORD G. ROSENTHAL (ID.NO. 38991)
                                          The Penn Mutual Towers, 16th Floor
                                          510 Walnut Street, Independence Square
                                          Philadelphia, PA 19106-3683
                                          (215) 351-0611
                                          Attorney for Plaintiffs

Date: September 16, 2002


THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED AND IS AVAILABLE FOR
VIEWING AND DOWNLOADING FROM THE ECF SYSTEM