IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEAMFITTERS LOCAL UNION NO. 420 WELFARE FUND, et al | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNITED MECHANICAL CONTRACTORS, INC. | : | NO. 02-2777 |

## O R D E R

AND NOW, this     day of September, 2002 , it is hereby ORDERED that plaintiff's motion for judgment by default by the Court pursuant to Federal Rule of Civil Procedure 55(b)(2) against defendant United Mechanical Contractors, Inc. is marked WITHDRAWN.

The Clerk of Court is directed to VACATE the default entered pursuant to F.R.C.P. 55(a) against the defendant on July 22, 2002.

THOMAS N. O'NEILL, JR.,     J.