# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of Pennsylvania

Case Number: 02-2777

PLAINTIFF:
**Steamfitters Local Union No. 420 Welfare Fund, et al.**
vs.
DEFENDANT:
**United Mechanical Contractors, Inc.**

For:
Sanford G. Rosenthal, Esquire
Jennings Sigmond
510 Walnut Street 16th Fl
Philadelphia, PA  19106

Received by TALONE & ASSOCIATES to be served on **UNITED MECHANICAL CONTRACTORS, INC. c/o Michael Marino, 56 Cherokee Road, Richboro, PA 18954**.

I, Stephen Nardy, being duly sworn, depose and say that on the **20th day of October, 2002** at **12:16 pm**, I:

**Individually Served** the within named person with a true copy of the **Alias Summons & Complaint** with the date and hour endorsed thereon by me, pursuant to state statutes.

**Additional Information pertaining to this Service:**
The recipient was cooperative and the telephone-number is 215-364-3998.

**Description** of Person Served:  Age: 50+,  Sex: M,  Race/Skin Color: Caucasian,  Height: 5'8,  Weight: 195,  Hair: Gray,  Glasses: Y

I am over the age of 18 and have no interest in the above action.

NOTARIAL SEAL
MICHAEL D. TALONE, Notary Public
City of Philadelphia, Phila. County
My Commission Expires April 5, 2003

Stephen Nardy
Process Server

Subscribed and Sworn to before me on the 22nd day of October, 2002 by the affiant who is personally known to me.

NOTARY PUBLIC

TALONE & ASSOCIATES
423 South 15th Street
Philadelphia, PA  19146-1637
(215) 546-6080

Our Job Serial Number: 2002003092

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f