IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEAMFITTERS LOCAL UNION<br>NO. 420 WELFARE FUND, et al.<br><br>Plaintiff<br><br>vs.<br><br>UNITED MECHANICAL<br>CONTRACTORS, INC.<br><br>Defendant | CIVIL ACTION NO. 02-2777<br><br>STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT; AND ORDER GRANTING EXTENSION |

Plaintiff Steamfitters Local Union No. 420 Welfare Fund, et. al. ("Funds") and defendant United Mechanical Contractors, Inc. ("United") stipulate as follows:

1. Funds filed its complaint in this action on ~~September 16, 2002~~ May 9, 2002;

2. Funds properly served defendant United with a copy of the complaint on October 20, 2002;

3. Pursuant to Local Civil Rule 7.4, the parties have agreed to extend the time within which United must respond to the complaint by thirty (30) days;

4. No such prior extension has been granted; and

5. Accordingly, United's response to the complaint is to be filed with the Court and served on counsel for Funds on or before December 12, 2002.

DATED: November 11, 2002          JENNIGS SIGMOND

                                  BY: _____
                                  SANFORD ROSENTHAL
                                  Attorney for Plaintiff

DATED: November 11, 2002          UNITED MECHANICAL CONTRACTORS, INC.

                                  By: _____
                                  MICHAEL P. MARINO, JR.
                                  President of United Mechanical Contractors, Inc.
                                  *Pro se for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEAMFITTERS LOCAL UNION<br>NO. 420 WELFARE FUND, et al.<br><br>Plaintiff<br><br>vs.<br><br>UNITED MECHANICAL<br>CONTRACTORS, INC.<br><br>Defendant | CIVIL ACTION NO. 02-2777<br><br>**ORDER GRANTING<br>EXTENSION OF TIME FOR<br>TIME FOR DEFENDANT TO<br>RESPOND TO COMPLAINT** |

## **ORDER**

IT IS HEREBY ORDERED that:

6. Defendant's response to the complaint is to be filed with the Court and served on counsel for Plaintiff on or before December 12, 2002.

**DATED** this _____ day of November, 2002.

_____
THOMAS N. O'NEILL, JR.
DISTRICT JUDGE